No. 11–6217.  SISOLAK *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 3.  Certiorari denied.

No. 11–6494.  NINHAM *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 11–6870.  HALEY *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 11–7424.  RIGO RAMIREZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–7756.  CASTILLO *v.* SMITH, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–7882.  WILLIAMS *v.* WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–8675.  FOSTER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–9072.  FOUST *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 11–10190.  COX *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–336.  CORBOY ET AL. *v.* LOUIE, ATTORNEY GENERAL OF HAWAII, ET AL.  Sup. Ct. Haw.  Motion of Center for Equal Opportunity for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–614.  WARNER, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS *v.* OCAMPO.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.